Rule 1921. Notice to the Chief Justice **<u>and to the Judicial Conduct Board</u>**

Whenever a judge receives notice that he or she is the subject of any federal or state criminal investigation or prosecution through a target letter, a subject letter, a presentment, an indictment, an arrest, a summons, a complaint, or by any other legal process, the judge must report the receipt of such notice in writing to the Chief Justice **<u>and to the Judicial Conduct Board</u>** within five (5) days.